UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANDREW J. HOFFMAN, JR.,**

    **Plaintiff,**

v.                                         Case No.  8:06-cv-2148-T-30TGW

**RONALD LACEY, in personam, and
M/Y ALMOST THERE, her engines,
tackle, etc., in rem,**

    **Defendants.**
_____/

**CONSENT FINAL JUDGMENT**

THIS CAUSE having come before the Court on the parties' Joint Stipulation and Agreement for and Consent to Entry of Judgment (Dkt. 16), by and between Plaintiff, ANDREW J. HOFFMAN, JR., and Defendant, RONALD M. LACEY, in personam and M/Y ALMOST THERE, in rem.  The Court having reviewed the foregoing Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiff, ANDREW J. HOFFMAN, JR. recover from Defendant RONALD M. LACEY and the M/Y ALMOST THERE, in rem, the sum of $500,000.00 which will bear interest at the legal rate, for which sum let execution issue.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record                                   S:\Even\2006\06-cv-2148.judgment.frm